In the Matter of RICHARD L. OTTINGER, Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Appellants. (And Two Other Proceedings.)

Herlihy, P. J., Staley, Jr., Cooke and Sweeney, JJ., concur; Aulisi, J., taking no part.